IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

L.V. WHITEHEAD                                                                                         PLAINTIFF

V.                                                                              CIVIL ACTION NO. 2:06CV106-B-A

MESILLA VALLEY TRANSPORTATION                                                        DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

Presently before the court is the Report and Recommendation of the Magistrate Judge dated October 4, 2013. The plaintiff has filed an objection to the Report and Recommendation, and the defendant has responded.

The court finds that the plaintiff has made no specific objection to the Magistrate's Report and Recommendation and has cited no authority in support of his position. For the most part, the plaintiff simply expresses general dissatisfaction with his attorney. The plaintiff's objection therefore does not comport with Federal Rule of Civil Procedure 72(b)(2) and is without merit.

It is therefore, **ORDERED AND ADJUDGED**

That the report and recommendation of the United States Magistrate Judge dated October 4, 2013, is approved and adopted as the opinion of the court, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

This, the 22nd day of April, 2014.

                                                   /s/ Neal Biggers
                                                   **NEAL B. BIGGERS, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**